Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>            Defendants. | Case No.: 2:20-CV-02355-GMN-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br>**FIRST REQUEST** |

   COMES NOW defendants Fidelity National Title Insurance Company ("Fidelity") and Fidelity National Title Group, Inc. ("FNTG") (collectively "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On December 28, 2020 Deutsche Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 30, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 14, 2021, Deutsche Bank served its complaint on Fidelity, and served a copy of the complaint on FNTG on January 21, 2021;

4. Fidelity's response to Deutsche Bank's complaint is currently due on Thursday, February 4, 2021, while FNTG's response is due on Thursday, February 11, 2021;

5. Counsel for Defendants request a 29-day extension for FNTG (36 days for Fidelity) until Friday, March 12, 2021 for Defendants to file their respective responses to Deutsche Bank's complaint to afford Defendants' counsel additional time to review and respond to Deutsche Bank's complaint.

6. Counsel for Deutsche Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including March 12, 2021.

Dated: January 29, 2021                SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL INSURANCE
COMPANY and FIDELITY NATIONAL
TITLE GROUP, INC.

Dated: January 29, 2021                WRIGHT FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
DARRENT T. BRENNER
Attorneys for Plaintiff
DEUTSCHE BANK NATIONAL TRUST
COMPANY

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE