WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE ON BEHALF OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:20-cv-02355-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 15-16]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5 ("Deutsche Bank"), Specially-Appearing Defendant Fidelity National Title Group, Inc. and Defendant Fidelity National Title Insurance Company ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 28, 2020, Deutsche Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-827037-C [ECF No. 1-1].

2. On December 30, 2020, Fidelity National Title Insurance Company and Fidelity National Title Group, Inc. filed their Petition for Removal to this Court [ECF No. 1].

3. On March 9, 2021, Fidelity National Title Insurance Company and Fidelity National Title Group, Inc. each filed a Motion to Dismiss [ECF No. 15-16].

4. Deutsche Bank's deadline to respond to Defendants' Motions to Dismiss is currently March 23, 2021.

5. Deutsche Bank's counsel is requesting an extension until April 23, 2021, to file its response to the pending Motions to Dismiss.

6. This extension is requested to allow the Parties additional time to discuss a stay of litigation pending a related appeal to the Ninth Circuit, which would conserve judicial resources in this case.

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5*

DATED this 23rd day of March, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin Sinclair*
Kevin Sinclair, Esq.
Nevada Bar No. 12277
16501 Venture Boulevard, Suite 400
Encino, California 91436
*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  23  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT