1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9
10
11

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE ON BEHALF OF
MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2006-HE5, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-
HE5,

Plaintiff,

vs.

FIDELITY NATIONAL TITLE GROUP,
INC.; FIDELITY NATIONAL TITLE
INSURANCE COMPANY; DOE
INDIVIDUALS I through X; and ROE
CORPORATIONS XI through XX, inclusive,

Defendant.

Case No.:  2:20-cv-02355-ART-NJK

**ORDER GRANTING**

**STIPULATION TO DISMISS**
**CASE WITH PREJUDICE**

12
13
14
15
16
17
18
19
20
21
22

      Plaintiff Deutsche Bank National Trust Company as Trustee on Behalf of Morgan Stanley

23 ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5 and

24 Defendants Fidelity National Title Group and Fidelity National Title Insurance Company

25 (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate

26 and agree as follows:

27 / / /

28 / / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed

2   WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 21st day of December, 2023.        DATED this 21st day of December, 2023.

4
    WRIGHT, FINLAY & ZAK, LLP                     SINCLAIR BRAUN KARGHER LLP
5

6   */s/ Lindsay D. Dragon*_____            */s/ Kevin S. Sinclair*_____
    Lindsay D. Dragon, Esq.                       Kevin S. Sinclair, Esq.
7   Nevada Bar No. 13474                          Nevada Bar No. 12277
    7785 W. Sahara Ave., Suite 200                15260 Ventura Blvd., Suite 715
8   Las Vegas, Nevada 89117                       Sherman Oaks, California 91403
    *Attorneys for Plaintiff, Deutsche Bank*      *Attorneys for Defendants Fidelity National*
9   *National Trust Company, as Trustee, in Trust* *Title Group and Fidelity National Title*
    *for The Registered Holders of Morgan*        *Insurance Company*
10  *Stanley ABS Capital I Inc. Trust 2006-HE7,*
    *Mortgage Pass-Through Certificates, Series*
11  *2006 HE7*

12

13

14

15      **IT IS SO ORDERED.**

16
        DATED: <u>December 22, 2023</u>
17                                                 _____
18                                                 Anne R. Traum, U.S. District Judge

19

20

21

22

23

24

25

26

27

28